**TRANS–WORLD SEWING MACHINE CO., INC., Appellant,**

v.

**TRAVELERS INSURANCE COMPANY, Respondent.**

**No. WD 36597.**

Missouri Court of Appeals, Western District.

Nov. 12, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Dec. 24, 1985.

Application to Transfer Denied Feb. 18, 1986.

Elwyn L. Cady, Jr., Independence, for appellant.

Larry L. Tyrl, Kansas City, for respondent.

Before CLARK, C.J., and TURNAGE and KENNEDY, JJ.

PER CURIAM:

Appeal from judgment based upon directed verdict at the close of the plaintiff's evidence in an action for damages for insurance company's vexatious failure to pay loss allegedly covered under an insurance policy issued by defendant, and for its tortious conduct in processing claim.

Judgment affirmed. Rule 84.16(b).